UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SISTER E. JONES-BEY,<br><br>                              Plaintiff,<br><br>            -against-<br><br>ROBERT JONES-BEY; D. CLARK-EL;<br>YUSEF SIRIUS-EL; WALTER<br>CLENDENINBEY,<br><br>                              Defendants. | 23-CV-6371 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 10, 2023, and August 28, 2023, orders, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 4, 2023
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge